for the Tenth Circuit denied. *Messrs. Camden R. McAtee* and *Phil D. Morelock* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Sewall Key, John H. McEvers,* and *Erwin N. Griswold* for respondent.

No. 300. MARINOVICH *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George K. Bowden* for petitioner. *Solicitor General Thacher* for the United States.

No. 302. LUSTER ET AL., EXECUTORS, *v.* MARTIN ET AL. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Walter H. Jacobs* and *George T. Evans* for petitioners. *Mr. Charles S. Babcock* for respondents.

No. 303. GRADWOHL *v.* WILLCUTS, COLLECTOR OF INTERNAL REVENUE. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Arnold R. Baar* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, J. Louis Monarch, Andrew D. Sharpe,* and *Erwin N. Griswold* for respondent.

No. 306. FORAN *v.* McLAUGHLIN, COLLECTOR OF INTERNAL REVENUE. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Morgan J. Doyle* for petitioner. *Solicitor General Thacher, Assistant Attorney General*

638

*Youngquist,* and *Messrs. Sewall Key, Hayner D. Larson, Paul D. Miller,* and *Wm. H. Riley, Jr.,* for respondent.

No. 309. TWIN FALLS CANAL CO. *v.* AMERICAN FALLS RESERVOIR DISTRICT No. 2. October 17, 1932. Petition for writ of certiorari to the Circuit·Court of Appeals for the Ninth Circuit denied. *Mr. James R. Bothwell* for petitioner. No appearance for respondent.

No. 310. MOBILE & OHIO R. CO. *v.* BROCK, ADMINISTRATRIX. October 17, 1932. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Charles B. Williams* and *Carl Fox* for petitioner. *Mr. John S. Marsalek* for respondent.

No. 311. LEIBY, ADMINISTRATRIX, *v.* PENNSYLVANIA R. Co. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. E. J. McCrossin* and *Charles Dickerman Williams* for petitioner. *Mr. Roscoe H. Hupper* for respondent.

No. 312. DONNELLY *v.* NORTHWESTERN LIFE INSURANCE Co. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William J. Berne* for petitioner. *Mr. W. T. Henry* for respondent.

No. 313. MISSOURI PACIFIC R. CO. *v.* WHELEN SPRINGS GRAVEL CO. ET AL. October 17, 1932. Petition for writ